IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM M. MAZYCK,                              )<br>                                                          )<br>         Plaintiff,                                     )          Civil Action No. 22-1182<br>                                                          )          Magistrate Judge Maureen P. Kelly<br>         v.                                                )<br>                                                          )<br>GEORGE M. LITTLE, CORRECTIONS    )<br>OFFICER NEIL,                                    )<br>                                                          )<br>         Defendants.                              )  | |

## CASE MANAGEMENT ORDER

AND NOW, this 21st day of November, 2022, IT IS HEREBY ORDERED that all discovery shall be completed by **February 21, 2023**.

IT IS FURTHER ORDERED that on or before **March 23, 2023**, Plaintiff shall file a written, Pretrial Narrative Statement of the facts that will be offered by oral or documentary evidence at trial, and shall include a list of all exhibits to be offered into evidence at trial and a list including the names and addresses of all witnesses the plaintiff intends to call upon to testify at trial. Plaintiff shall include a summary of the anticipated testimony of any witnesses who are presently incarcerated. Plaintiff shall serve a copy of the Pretrial Narrative Statement on counsel for the Defendants, and shall include on the original document filed with the Clerk of Court a certificate of service stating the date and asserting that a true and correct copy was mailed to Defendant's counsel. Any motion for summary judgment on plaintiff's behalf must be filed at the time of the filing of his Pretrial Narrative Statement and must comply with Local Rule 56.

IT IS FURTHER ORDERED that on or before **April 24, 2023**, Defendants shall file any motion for summary judgment, which must comply with Local Rule 56. Defendants'

Pretrial Narrative Statement will be due thirty days after any final ruling on their motion for summary judgment or, if no such motion is filed, the Statement will be due **April 24, 2023**.

Failure to fully disclose in the Pretrial Narrative Statement or at the pretrial conference the substance of the evidence to be offered at trial may result in exclusion of that evidence at the trial. The only exceptions will be (1) matters which the court determines were not discoverable at the time of the pretrial conference, (2) privileged matter, and (3) matter to be used solely for impeachment purposes.

IT IS FURTHER ORDERED that Plaintiff shall serve upon defense counsel a copy of every pleading or other document submitted for consideration by the court and shall include on the original document filed with the Clerk of Court a certificate of service stating the date and asserting that a true and correct copy of the pleading or document was mailed to Defendants' counsel. Any pleading or other document received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the court.

BY THE COURT:

/s/ Maureen P. Kelly
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: KAREEM M. MAZYCK
NW-3714
SCI FAYETTE
50 Overlook Drive
LaBelle, PA 15450

All counsel of record via CM/ECF.