IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM M. MAZYCK, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 22-1182 |
| ) | Magistrate Judge Maureen P. Kelly |
| v. ) | |
| ) | |
| GEORGE M. LITTLE, CORRECTIONS ) | |
| OFFICER NEIL, ) | |
| ) | |
| Defendants. ) | |

**ORDER TO SHOW CAUSE**

AND NOW, this 30th day of March, 2023, IT IS HEREBY ORDERED that Plaintiff Kareem M. Mazyck ("Plaintiff") is directed to show cause as to why this case should not be dismissed for Plaintiff's failure to file a Pretrial Statement by March 23, 2023, as ordered by the Court in its Order of November 21, 2022. ECF No. 17. Plaintiff is directed to respond to this Order on or before April 20, 2023.

BY THE COURT:

_____
MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc:     Kareem M. Mazyck
       810 Lilium Lane
       East Stroudsburg, PA 18301

       All counsel of record via electronic filing.