# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM M. MAZYCK, | No. 2:22-cv-01182-MPK |
| Plaintiff, | |
| vs. | Magistrate Judge Kelly |
| GEORGE M. LITTLE *and* C/O 1 NEIL, | Re: ECF No. 23 |
| Defendants. | *Electronically Filed.* |

## ORDER

AND NOW, this **25th** day of **April**, 2023, upon consideration of the *Motion for Enlargement of Time* heretofore filed by the Corrections Defendants, IT IS HEREBY ORDERED that said Motion is GRANTED. The Corrections Defendant shall file their written narrative statement of the facts and/or a motion for summary judgment within thirty (30) days after Plaintiff files a written narrative statement of the facts.

BY THE COURT:

_____
Maureen P. Kelly,
United States Magistrate Judge